EDWIN C. NOTHIGER, Suing as an Owner and Holder of Preferred Stock of CORROON & REYNOLDS CORPORATION, on Behalf of All the Owners and Holders of Said Stock, Appellant, *v.* CORROON & REYNOLDS CORPORATION, Respondent.

Argued May 18, 1944; decided June 14, 1944.

*Edward M. Garlock* and *Edwin M. Slote* for appellant.

*Abraham Kaplan* and *Moses S. Finesilver* for respondent.

Judgment affirmed, with costs, on the ground that matters alleged in the complaint related to internal affairs of a foreign corporation. We do not consider any other ground. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.